# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Abernethy, Robert as Personal Representative of the Estate of Robert Abernethy, Sr., Deceased; | UT | USA | N/A | N/A | N/A | Wrongful Death |
| 2 | Abernethy, Robert as surviving Child of Robert Abernethy, Sr., Deceased; | UT | USA | N/A | N/A | N/A | Solatium |
| 3 | Accardi, Jill as Personal Representative of the Estate of William Mundy, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 4 | Accardi, Jill as surviving Child of William Mundy, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Alexander Castrillo, Jevon William[1] | FL | USA | Lyles, CeeCee Ross | Child | USA | Solatium |
| 6 | Ambrosio, Joseph as Personal Representative of the Estate of Joanne Hamm, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 7 | Ambrosio, Joseph as surviving Spouse of Joanne Hamm, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 8 | Anderson, Robert C. as Personal Representative of the Estate of Carl P. Anderson, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 9 | Anderson, Robert C. as surviving Child of Carl P. Anderson, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 10 | Andriani, Pasqua as Personal Representative of the Estate of Antonio Andriani, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Andriani, Pasqua as surviving Spouse of Antonio Andriani, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 12 | Angelini, Anne[1] | NY | USA | Angelini, Jr., Joseph J. | Parent | USA | Solatium |
| 13 | Angelini, Annmarie[1] | NY | USA | Angelini, Jr., Joseph J. | Sibling | USA | Solatium |
| 14 | Angelini, Mary M.[1] | MD | USA | Angelini, Jr., Joseph J. | Sibling | USA | Solatium |
| 15 | Angelini, Michael P.[1] | NY | USA | Angelini, Jr., Joseph J. | Sibling | USA | Solatium |
| 16 | Anzalone, Joanne as Personal Representative of the Estate of Salvatore Anzalone, Deceased; | NJ | USA | N/A | N/A | N/A | Wrongful Death |
| 17 | Anzalone, Joanne as surviving Spouse of Salvatore Anzalone, Deceased; | NJ | USA | N/A | N/A | N/A | Solatium |
| 18 | Aurello, Jo-Ann as Personal Representative of the Estate of Charles Aurello, Deceased; | NJ | USA | N/A | N/A | N/A | Wrongful Death |
| 19 | Aurello, Jo-Ann as surviving Spouse of Charles | NJ | USA | N/A | N/A | N/A | Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Aurello, Deceased; | | | | | | |
| 20 | Bachmann, George as Personal Representative of the Estate of Anne Marie Bachmann, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 21 | Bachmann, George as surviving Spouse of Anne Marie Bachmann, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 22 | Bavas, Nick | FL | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Berry, Ellen as Personal Representative of the Estate of Michael P. Berry, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 24 | Berry, Ellen as surviving Spouse of Michael P. Berry, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 25 | Blair, Matthew as Personal Representative of the Estate of Robert, Blair, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 26 | Blair, Matthew as surviving Child of | NY | USA | N/A | N/A | N/A | Solatium |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Robert, Blair, Deceased; | | | | | |
| 27 | Blair, Jr., Robert as Personal Representative of the Estate of Robert Blair, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 28 | Blair, Jr., Robert as surviving Child of Robert Blair, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 29 | Browne-Marshall, Gloria as Personal Representative of the Estate of Ernest Marshall, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 30 | Browne-Marshall, Gloria as surviving Spouse of Ernest Marshall, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 31 | Byrnes, Jr., Lawrence M. as Personal Representative of the Estate of Lawrence M. Byrnes, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | Byrnes, Jr., Lawrence M. as surviving Child of Lawrence M. Byrnes, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 33 | Cleary, Thomas A. as Personal Representative of the Estate of Thomas Alfred Cleary, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 34 | Cleary, Thomas A. as surviving Child of Thomas Alfred Cleary, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 35 | Coyne, Kathleen as Personal Representative of the Estate of Peter Sheridan, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 36 | Coyne, Kathleen as surviving Sibling of Peter Sheridan, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 37 | DalCortivo, June as Personal Representati | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ve of the Estate of Andrew DalCortivo, Deceased; | | | | | |
| 38 | DalCortivo, June as surviving Child of Andrew DalCortivo, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 39 | Diele, Mildred as Personal Representative of the Estate of John Diele, Deceased; | FL | USA | N/A | N/A | N/A | Wrongful Death |
| 40 | Diele, Mildred as surviving Spouse of the Estate of John Diele, Deceased; | FL | USA | N/A | N/A | N/A | Solatium |
| 41 | Dierking, Anne as Personal Representative of the Estate of Ronald Wolken, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 42 | Dierking, Anne as surviving Spouse of Ronald Wolken, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 43 | Dimor, Mark as Personal | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Representative of the Estate of Donna Hersh, Deceased; | | | | | | |
| 44 | Dimor, Mark as surviving Spouse of Donna Hersh, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 45 | Doyle, Margaret[1] | MI | USA | Lynch, Terence M. | Sibling | USA | Solatium |
| 46 | Doyle, Margaret as as Personal Representative of the Estate of Edward Doyle, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 47 | Doyle, Margaret as surviving Parent of Edward Doyle, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 48 | Fisher, Robert Joseph as Personal Representative of the Estate of John Scheuer, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 49 | Fodera, Kristi as Personal Representative of the | NY | USA | N/A | N/A | N/A | Wrongful Death |

|    |                                                                                              |    |     |     |     |     |                |
|----|----------------------------------------------------------------------------------------------|----|-----|-----|-----|-----|----------------|
|    | Estate of Vincent Fodera, Deceased;                                                          |    |     |     |     |     |                |
| 50 | Fodera, Kristi as surviving Spouse of Vincent Fodera, Deceased;                              | NY | USA | N/A | N/A | N/A | Solatium       |
| 51 | Folberth, Kristen as Personal Representative of the Estate of Robert, Blair, Deceased;       | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 52 | Folberth, Kristen as surviving Child of Robert, Blair, Deceased;                             | NY | USA | N/A | N/A | N/A | Solatium       |
| 53 | Friel, Diane as Personal Representative of the Estate of Peter Friel, Deceased;              | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 54 | Friel, Diane as surviving Spouse of Peter Friel, Deceased;                                   | NY | USA | N/A | N/A | N/A | Solatium       |
| 55 | Gagliardo-Vizza, Jennifer A. as Personal Representative of the Estate of                     | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Francis Vizza, Deceased; | | | | | |
| 56 | Gagliardo-Vizza, Jennifer A. as surviving Spouse of Francis Vizza, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 57 | Gaines, Karen as Personal Representative of the Estate of Scott Gaines, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 58 | Gaines, Karen as surviving Spouse of Scott Gaines, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 59 | Gibbs, Christopher as Personal Representative of the Estate of Angela Gibbs, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 60 | Gibbs, Christopher as surviving Child of Angela Gibbs, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 61 | Gless, Martha as Personal | NY | USA | N/A | N/A | N/A | Wrongful Death |

|  | Representative of the Estate of Robert Gless, Deceased; |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 62 | Gless, Martha as surviving Spouse of Robert Gless, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 63 | Gordeychuk, Larisa as Personal Representative of the Estate of Aleksandr Gordeychuk, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 64 | Gordeychuk, Larisa as surviving Spouse of Aleksandr Gordeychuk, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 65 | Gould, Richard as Personal Representative of the Estate of Michael Cappi, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 66 | Grossarth, Denise Personal Representative of the Estate of Glenn | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | Grossarth, Deceased; | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | Grossarth, Denise as surviving Spouse of Glenn Grossarth, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 68 | Hanlon, Gwendolyn as Personal Representative of the Estate of Kevin Hanlon, Deceased; | NJ | USA | N/A | N/A | N/A | Wrongful Death |
| 69 | Hanlon, Gwendolyn as surviving Spouse of Kevin Hanlon, Deceased; | NJ | USA | N/A | N/A | N/A | Solatium |
| 70 | Hawkes, Jody as Personal Representative of the Estate of Robert Hawkes, Deceased; | FL | USA | N/A | N/A | N/A | Wrongful Death |
| 71 | Hawkes, Jody as surviving Spouse of Robert Hawkes, Deceased; | FL | USA | N/A | N/A | N/A | Solatium |
| 72 | Hechtman, Meryl as Personal Representative of the | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Estate of Alan Hechtman, Deceased; | | | | | |
| 73 | Hechtman, Meryl as surviving Spouse of Alan Hechtman, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 74 | Helfenstein, Janice as Personal Representative of the Estate of Joseph Helfenstein, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 75 | Helfenstein, Janice as surviving Spouse of Joseph Helfenstein, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 76 | Humann, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Johnson, Portia as Personal Representative of the Estate of Vanclive Johnson, Deceased; | NC | USA | N/A | N/A | N/A | Wrongful Death |
| 78 | Johnson, Portia as surviving Spouse of Vanclive Johnson, Deceased; | NC | USA | N/A | N/A | N/A | Solatium |

| 79 | Kiefer, Lauren[1] | NY | USA | Kiefer, Michael Vernon | Sibling | USA | Solatium |
|---|---|---|---|---|---|---|---|
| 80 | Kyrkostas, Jeremy as Personal Representative of the Estate of William Kyrkostas, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 81 | Kyrkostas, Jeremy as as Personal Representative of the Estate of William Kyrkostas, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 82 | Lakeman, Steven as Personal Representative of the Estate of Georgetta Lakeman, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 83 | Lakeman, Steven as surviving Spouse of Georgetta Lakeman, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 84 | Lalicata, Joan as Personal Representative of the Estate of Salvatore Lalicata, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 85 | Lalicata, Joan as surviving Spouse of Salvatore Lalicata, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 86 | Landau, Robert K. as as Personal Representative of the Estate of Robert A. Landau, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 87 | Landau, Robert K. as surviving Child of Robert A. Landau, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 88 | Lawson, Melissa as Executor of the Estate of Roger Steinert, Deceased; | PA | USA | N/A | N/A | N/A | Wrongful Death |
| 89 | Lawson, Melissa, as surviving child of Roger Steinert, Deceased; | PA | USA | N/A | N/A | N/A | Solatium |
| 90 | Lewis, Winston as Personal Representative of the Estate of Charles Williams, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |

| 91 | Lewis, Winston as surviving Child of Charles Williams, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
|---|---|---|---|---|---|---|---|
| 92 | Long, Joann as Personal Representative of the Estate of Liborio Palmeri, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 93 | Long, Joann as surviving Child of Liborio Palmeri, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 94 | Luchetti, Michelle as Personal Representative of the Estate of Alfred Luchetti, Deceased; | NY | USA | N/A | N/A | N/A | Wrongful Death |
| 95 | Luchetti, Michelle as surviving Child of Alfred Luchetti, Deceased; | NY | USA | N/A | N/A | N/A | Solatium |
| 96 | Steckler, Darryl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Walsh, Christopher | NY | USA | N/A | N/A | N/A | Personal Injury |

Note 1: This Plaintiff seeking solatium damages in connection with the 9/11 death of an immediate family member retained a law firm separate from the law firm representing the 9/11 Decedent's Estate and therefore the solatium Plaintiff cannot join the same complaint as the 9/11 Decedent's Estate. See ECF No. 4045 at 3.